**Order entered January 20, 2023**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-23-00018-CV

### HALFF ASSOCIATES, INC., Appellant

### V.

### NORTH TEXAS TOLLWAY AUTHORITY, ET AL., Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-22-13917

### ORDER

Because appellant has not requested the reporter's record and the clerk's record has been filed, its brief is due on February 2, 2023. Before the Court is appellant's January 18, 2023 motion requesting a sixty-day extension of time from the current deadline to file its brief. We **GRANT** the motion **only to the extent** that we extend the deadline to **March 20, 2023**.

/s/    KEN MOLBERG
        JUSTICE